JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>KRISTOPHER LEE DALLMANN,<br><br>DOUGLAS M. COURSON,<br><br>FELIPE GARCIA,<br><br>JARED EDWARD JAUREQUI,<br>   a/k/a Jared Edwards,<br><br>PETER H. HUBER, and<br><br>YOANY VAILLANT,<br>   a/k/a Yoany Vaillant Fajardo<br><br>          Defendants. | Case No. 2:22-cr-00030-RFB-DJA<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

      The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Michael Christin, Trial Attorney with the Computer Crime and Intellectual Property Section of the Criminal Division of the United States Department of Justice, be permitted

to appear before this Court in the above-captioned case.

Mr. Christin is a member in good standing of the bars of the State of Maryland and the District of Columbia, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: October 21, 2022

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED: _____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2022

2