```
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
            Plaintiff,       )  Case No. 2:22-cr-00030-RFB-VCF
      vs.                    )
                             )  ORDER TEMPORARILY UNSEALING
KRISTOPHER LEE DALLMANN,     )  TRANSCRIPT
            Defendant.       )
_____)
```

Upon the request of LaRonda Martin, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 5/16/23, ECF 93, Motion Hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to LaRonda Martin, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this  23rd  day of    May    2023.

_____
RICHARD F. BOULWARE, II
U.S. District Judge