UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,             )
        Plaintiff,            ) Case No. 2:22-cr-00030-RFB-DJA
   vs.                                )
                                      ) ORDER TEMPORARILY UNSEALING
KRISTOPHER LEE DALLMANN, et    ) TRANSCRIPT
al.,                           )
        Defendants.
_____

      Upon the request of LaRonda Martin, Esq., and good cause appearing:

      IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 6/29/23, ECF 108, Motion Hearing.

      IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to LaRonda Martin, Esq.

      IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

      **DATED** this 12th day of July, 2023.

_____
RICHARD F. BOULWARE, II
U.S. District Judge