Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Kevin A. Tate
Litigation Resource Counsel
Nevada State Bar No. 8687
LaRonda Martin
Assistant Federal Public Defender
Missouri Bar No. 42768
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-657
Kevin_Tate@fd.org

Attorney for Kristopher Lee Dallmann

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTOPHER LEE DALLMANN,<br><br>        Defendant. | Case No. 2:22-cr-00030-RFB-DJA-1<br><br>**MOTION TO WITHDRAW DOCUMENT NUMBER 167 DUE TO CLERICAL ERROR** |

      COMES NOW, Rene L. Valladares, Federal Public Defender, and Kevin A. Tate, Assistant Federal Public Defender, and hereby moves to withdraw document 167, Stipulation

/ / /

/ / /

/ / /

to Extend the Deadline for Defendant's Reply to the Government's Response due to clerical error. This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 1st day of February, 2024.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Kevin A. Tate*
KEVIN A. TATE
Litigation Resource Counsel

## MEMORANDUM OF POINTS AND AUTHORITIES

### FACTUAL BACKGROUND

On February 1, 2024, undersigned counsel filed a Stipulation to Extend the Deadline for Defendant's Reply to the Government's Response. Docket No. 167. The Stipulation was filed in error.

DATED this 1st day of February, 2024.

>Respectfully submitted,
>RENE L. VALLADARES
>Federal Public Defender
>
>*/s/ Kevin A. Tate*
>KEVIN A. TATE
>Litigation Resource Counsel

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated 2/2/2024

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person competent to serve papers.

That on February 1, 2024, he served an electronic copy of the above and foregoing **MOTION TO WITHDRAW DOCUMENT NUMBER 167 DUE TO CLERICAL ERROR** by electronic service to the person named below, and all other counsel of record.

| | |
|---|---|
| Richard E Tanasi<br>Tanasi Law Offices<br>8716 Spanish Ridge<br>Suite 105<br>Las Vegas, NV 89148<br>Email: rtanasi@tanasilaw.com | Austin T. Barnum<br>Clark Hill<br>1700 S. Pavilion Center Dr.<br>Ste 500<br>Las Vegas, NV 89135<br>Email: abarnum@clarkhill.com |
| Christopher Mishler<br>Brown Mishler, PLLC<br>911 N. Buffalo Dr. Suite 202<br>Las Vegas, NV 89128<br>Email: cmishler@brownmishler.com | Russell Marsh<br>Wright Marsh & Levy<br>300 S. 4th Street, Suite 701<br>Las Vegas, NV 89101<br>Email: russ@wmllawlv.com |
| Kathleen Bliss<br>Kathleen Bliss Law<br>170 South Green Valley Parkway<br>Suite 300<br>Henderson, NV 89012<br>Email: kb@kathleenblisslaw.com | Christopher R. Oram<br>520 South 4th Street<br>2nd Floor<br>Las Vegas, NV 89101<br>Email: contact@christopheroramlaw.com |
| Kristina R. Weller<br>Richard Harris Law Firm<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Email: Kristina@richardharrislaw.com | Jessica Oliva<br>U.S. Attorney's Office<br>501 Las Vegas Blvd South<br>Suite 1100<br>Las Vegas, NV 89101<br>Email: jessica.oliva@usdoj.gov |

*/s/ Kevin A. Tate*

Kevin A. Tate

4