# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KRISTOPHER LEE DALLMANN,<br><br>        Defendant. | CASE NO.: 2:22-CR-00030-RFB-DJA<br><br>**ORDER APPOINTING COUNSEL** |

Kristopher Lee Dallmann has filed a motion seeking to remove appointed counsel. (ECF No. 368). Given the nature of the relief requested, the Court in its discretion and pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1), hereby appoints Joshua Tomsheck, Esq. for the limited purpose of consulting with Mr. Dallman.

DATED: May 25, 2024
*Nunc Pro Tunc*: May 24, 2024

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE