UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER LEE DALLMANN, et al.,<br><br>Defendant. | Case No. 2:22-cr-00030-RFB-DJA<br><br>MINUTES OF THE COURT<br><br>DATED: <u>May 28, 2024</u> |

THE HONORABLE **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   <u>Darci Smith</u>           THE COURT REPORTER   <u>Patricia Ganci and Samantha McNett</u>

COUNSEL FOR PLAINTIFF   <u>Michael Christan, Jessica Oliva, Christopher Merriam and Edward Veronda, joined by Special Agent Clay Chase and Edie Britman (IT)</u>

COUNSEL FOR DEFENDANTS
**Kristopher Lee Dallman**  <u>LaRhonda Martin, Kevin Tate and Rick Mula for</u>**,** joined by Nikki Seubert, Paralegal and Tomika Harris, Investigator and Interns Nayeli Valenzuela and Michala Dupaix.
**Douglas Courson**  <u>Paola Armeni and Austin Barnum for</u>
**Felipe Garcia**  <u>William Brown and Christopher Mischler for</u> joined by Lisa Smith, paralegal
**Jared Edward Jaurequi** <u>Russell Marsh and Sunethra Muralidhara</u>
**Peter H Huber** <u>Kathleen Bliss and Milan Chatterjee</u>

**COURT INTEPRETERS**:   <u>Krisztina Hargittay and Eva Blasko</u>

MINUTES OF PROCEEDINGS: **<u>JURY TRIAL – Jury Selection and Day 1</u>**

8:56 a.m. Court in session. All Defendants present in the Courtroom with designated counsel as listed above. The Court addresses preliminary matters and issues. The [369] Motion to Sever filed by Jared Edward Jaurequi is DENIED for reasons stated on the record, incorporated by reference herein.

9:28 a.m. The prospective jurors are called to report to the courtroom.

2:22-cr-00030 USA v Dallmann, et al,
**Jury Trial**

9:43 a.m. Eighty - Five (85) prospective jurors called forward and sworn as to Voir Dire. Juror number 13 excused for cause. Voir Dire Commenced. The following jurors were excused for cause 2, 6, 7, 8, 10, 13, 22, 26, 27, 29, 31, 32, 34, 36, 37, 38;  41, 42, 44, 11,  15, 18, 19, 20, 21, 47, 50, 52, 53, 54 58, 63, 48, 67, 33, 49

10:44 a.m. Court in recess.

11:00 a.m. Court in session, counsel and parties present with 50 remaining prospective jurors. Voir Dire Continued.

12:46 p.m. Jurors excused, with the exception of Juror 30. Brief voir dire of Juror 30. Juror 30 excused for break.

12:49 p.m. The Court and parties address issues as to remaining Jurors.

1:09 p.m. Prospective Jury members returned to the Courtroom. Jurors admonished and excused for lunch, Counsel excused, all to return at 1:45 p.m.

1:14 p.m.  Court in Recess.

1:54 p.m. Court in session, Counsel and parties present with 50 remaining prospective jurors outside the courtroom.  Individual Voir Dire commences. The following jurors were excused for cause –  28, 1, 60, 77, 79, 80, 81, 82, 83.

3:08 p.m. Court in recess

3:09 p.m. Court in session; Counsel and parties present with 43 remaining prospective jurors outside the courtroom; Individual Voir Dire commences.  Juror 16 and 8 excused for cause.

4:45 p.m. Court in recess; Jurors given 10 min break.

4:49 p.m. Court in session, Counsel and parties present absent jury members. Jurors 9 and 14 returned for a brief voir dire, then excused from the Courtroom. Jurors 69 and 78 are excused for cause. Peremptory challenges by counsel.

5:25 p.m.  Prospective jurors returned to the gallery, and a jury of 12 with an additional 4 alternates, were called forward and sworn

5:32 p.m. Jury members admonished and released for the evening, to report at 10:15 for a 10:30 start time. The remaining prospective jurors were thanked for their service and excused.
The Court and parties discuss trial matters and scheduling.  Counsel is instructed to return at 8:00 a.m. to review proposed jury instructions and is instructed to send objections to opening exhibits to courtroom administrator by 8:30 p.m.

**2:22-cr-00030 USA v Dallmann, et al,**
**Jury Trial**

5:46 p.m. Court in recess, to reconvene 5/29/2024 at 8:00 a.m.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY:** *Darci Smith*
Darci Smith, Deputy Clerk

3