*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00030-RFB-DJA |
| Plaintiff, | MINUTES OF THE COURT |
| v. | DATED: June 5, 2024 |
| KRISTOPHER LEE DALLMANN, et al., | |
| Defendant. | |

THE HONORABLE **RICHARD F. BOULWARE, II**, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   Darci Smith              COURT REPORTER   Judy Moore and Patricia Ganci

COUNSEL FOR PLAINTIFF    Michael Christan, Jessica Oliva, Christopher Merriam and Edward Veronda, joined by Special Agent Clay Chase and Edie Britman (IT)

COUNSEL FOR DEFENDANTS
**Kristopher Lee Dallman rep by** LaRhonda Martin, Kevin Tate and Rick Mula**,** joined by Nikki Seubert, Paralegal and Tomika Harris, Investigator and Interns Nayeli Valenzuela and Michala Dupaix.
**Douglas Courson rep by** Paola Armeni and Austin Barnum
**Felipe Garcia rep by**   William Brown and Christopher Mischler   joined by Lisa Smith, paralegal
**Jared Edward Jaurequi rep by** Russell Marsh and Sunethra Muralidhara
**Peter H Huber** Kathleen Bliss and Milan Chatterjee joined by Kwabena Sarfo, intern

COURT INTEPRETERS:    Krisztina Hargittay and Eva Blasko

MINUTES OF PROCEEDINGS: **JURY TRIAL –Day 7**

7:59 a.m. – Court in session; above parties and counsel in attendance, outside the presence of the Jury members.  The Court heard from parties regarding the issues surrounding exhibits and issued rulings accordingly; today's witnesses and schedule reviewed.

8:54 a.m. Court in session; above parties in attendance, additional argument on exhibits heard; jury members returned to the Court; John Kern, previously sworn returned to witness stand; cross examination of Mr Kern continued by Mr Marsh; Re-direct by Mr Christan. Re-Cross by Mr Tate and  Mr Barnum. Witness excused.

9:18 a.m. Laura Peterson, Digital Forensic Analyst, Department of Homeland Security, called forward and sworn; Direct Examination commences by Mr. Merriam. **Witness deemed an Expert in Digital Investigation and Computer Forensic Exam**.

**2:22-cr-00030 USA v Dallmann, et al,
Jury Trial**

9:29 a.m. Technical issue with interpreter equipment; Jury members excused; while technical issues addressed by others, the Court heard from parties regarding stipulation and exhibit.

9:36 a.m. Jury members returned to the Court and <u>direct examination of Ms Peterson resumes</u> by Mr Merriam, **Exhibits 4, 6, 7, 12, 13, 22,  23, 24, 25, 28, 29, 34, 35, 36, 37, 39, 40, 41, 42, 44, and 911, 14, 16, 20, 33, 45, 47, 48, 49, 50, 57, 58, 59, 132, 134, 136, 915, 137, 401, 402, 403 offered and received.**

10:21 a.m. Jury members excused for morning break; the Court and counsel verified trial schedule.

10:24 a.m. Court in recess.

10:37 a.m. Court in session; same participants in attendance, jury members returned to the Court<u>; Cross examination of Ms Peterson</u> by Ms Martin, Ms Armeni, Miss Bliss, Mr Marsh, and Mr Mischler. Witness excused.

11:12 a.m. Jury members excused while court hears from counsel on exhibits to be offered during next testimony.

11:17 a.m. Jury members returned to the Court<u>, Lucia Rangel, Vice President Content Protection Department, Warner Brothers Discovery</u>, called forward and sworn; Direct Examination commences by Mr Christan.
**Exhibits 810 offered and received**.  Jury members and counsel released for lunch and advised to return at  12:20 p.m. for a 12:30 p.m. start time.

11:41 a.m. Court in recess

12:29 p.m. Court in session; same participants in attendance; jury members returned to the courtroom; <u>Direct examination of Lucia Rangel continues</u> by Mr Christan. **Exhibit 806 offered and received.** Cross examination by Ms. Martin and Mr Barnum.

1:42 p.m. Court in Recess.

2:05 p.m. Court in session; same participants in attendance, jury members returned to the courtroom; <u>cross examination of Ms Rangel continues</u> by Mr Chatterjee, Mr Marsh and Mr Brown.
Re-direct by Mr Christan.

2:38 p.m. Jury members excused for argument.

2:57 p.m. Jury members returned to the Court; re-direct resumes by Mr Christan; <u>re-cross</u> by Ms. Martin, Mr Barnum, Mr Marsh. <u>Re-direct</u> by Mr. Christan. Witness excused. The Court reviewed upcoming trial schedule with jurors and counsel.

3:30 p.m. Juror members excused, to return 6/6/2024 at 8:45 a.m. The Court and parties discuss remaining issues on tomorrow's expected exhibits.  Counsel to meet and confer and email the court by 8:00 p.m. to advise if a hearing is needed tomorrow morning at 7:30 a.m.

**2:22-cr-00030 USA v Dallmann, et al,**
**Jury Trial**

3:42 p.m. Court in recess.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY:** *Darci Smith*
Darci Smith, Deputy Clerk