```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:22-cr-00030-RFB-DJA
              Plaintiff,       )
                               )   ORDER TEMPORARILY UNSEALING
      vs.                      )   TRANSCRIPT
                               )
KRISTOPHER DALLMANN, et al.,
```

Upon the request of counsel of record and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 6/7/2024, Jury Trial, Day 9.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

Dated this 7th day of June, 2024

_____
RICHARD F. BOULWARE, II
U.S. District Judge