## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00030-RFB-DJA |
| Plaintiff, | MINUTES OF THE COURT |
| v. | DATED: June 13, 2024 |
| KRISTOPHER LEE DALLMANN, et al., | |
| Defendant. | |

THE HONORABLE **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   Darci Smith              COURT REPORTER   Judy Moore and Patricia Ganci

COUNSEL FOR PLAINTIFF    Michael Christin, Jessica Oliva, Christopher Merriam and Edward Veronda, joined by Special Agent Clay Chase and Edie Britman (IT)

COUNSEL FOR DEFENDANTS
**Kristopher Lee Dallman rep by** LaRonda Martin, Kevin Tate and Rick Mula**,** joined by Nikki Seubert, Paralegal and Tomika Harris, Investigator and Interns Nayeli Valenzuela and Michala Dupaix
**Douglas Courson rep by** Paola Armeni and Austin Barnum
**Felipe Garcia rep by William** Brown and Christopher Mishler joined by Lisa Smith, paralegal
**Jared Edward Jaurequi rep by** Russell Marsh and Sunethra Muralidhara
**Peter H Huber** Kathleen Bliss and Milan Chatterjee joined by Kwabena Sarfo, intern

COURT INTEPRETERS:    Krisztina Hargittay and Eva Blasko

MINUTES OF PROCEEDINGS: **JURY TRIAL –Day 13**

8:36 a.m. Court in session; above Defendants and counsel in attendance; outside the presence of the Jury members. The Court and parties discuss exhibits and other trial matters.

8:56 a.m. Jury members returned to the Court. Mr Dallman rests, Mr Courson offers **exhibit 3000, (received and published)** and rests; Mr Huber chooses to testify on his own behalf; Mr Huber called forward and sworn.

9:00 a.m. Direct examination of Mr Peter Huber commences by Ms. Bliss**. Exhibit 7009 offered and received**.

10:09 a.m. Court in recess.

10:26 a.m. Court in session; same participants in attendance; Mr Huber, previously sworn, takes the stand; Jury members returned to the Court.

**2:22-cr-00030 USA v Dallmann, et al,
Jury Trial**

10:29 a.m. <u>Direct examination of Mr Huber resumes</u> by Ms. Bliss; the defendant **identified S.A.Chase for the record**.

11:27 a.m. Jury members excused for lunch, to return at 12:45 p.m. Remaining trial schedule and witness testimony discussed by the Court and parties.

11:36 a.m. Court in recess.

12:44 p.m. Court in session; same participants in attendance; Mr Huber, previously sworn, resumes the stand; Jury members returned to the Court; <u>Cross examination of Mr Huber</u> by Mr Veronda. The witness **identifies co-defendants Kristopher Dallmann and Douglas Courson. Exhibit 192 offered and received**.

1:13 p.m Court in recess.

1:22 p.m. Court in session; same participants in attendance; Mr Huber, previously sworn, takes the stand, jury members returned to the Court; <u>Cross of Mr Huber resumes</u> by Mr Veronda. The witness **identifies co-defendant Felipe Garcia**; <u>Cross-examination of Mr Huber</u> by Mr Tate.

2:38 p.m. Jury members excused for break. The Court and parties have brief discussion regarding remaining testimony.

2:41 p.m. Court in recess.

2:52 p.m. Court in session; same participants in attendance, Mr Huber, previously sworn, returns to the witness stand and jury members returned to the courtroom; <u>Cross examination</u> by Ms Armeni,

3:02 p.m. Re-Direct by Ms Bliss. Witness excused.

3:18 p.m. <u>Mr Jaurequi rests</u>, <u>Mr Garcia rests</u>. <u>Jury members are excused</u> for the remainder of the day to return tomorrow at 8:30 a.m.

3:22 p.m. The Court hears from parties on the Rule 29 motions:
        Mr Dallman's [458] Motion for Acquittal and [467] Joinder are Denied.
        Mr Coursan's [460] Motion for Acquittal and [465] Joinder are Denied.
        Mr. Huber's [461] Motion for Acquittal is Denied
        Mr Jaurequi's [457] Motion for Acquittal and [463] Joinder are Denied.
        Mr Garcia's [459] Motion for Acquittal under advisement.
    The Court and parties reviewed the slides for the Government's closing; no objection
    The Motion for [403] [425] [440] Mistrials are DENIED and the Joinders [404], [405], [413], [427], [428], [430], [437] are likewise DENIED.

4:18 p.m. Court in recess.

4:37 p.m. Court in session; same participants in attendance. The Court and parties discuss Jury Instructions.

**2:22-cr-00030 USA v Dallmann, et al,**
**Jury Trial**

5:45 p.m. Court in recess, to reconvene 6/14/2024 at 7:30 a.m. for counsel, 8:30 a.m. for Jury members. Counsel stays to review exhibits with Courtroom Administrator.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY**: *Darci Smith*
Darci Smith, Deputy Clerk

3