UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00030-RFB-DJA |
| Plaintiff, | MINUTES OF THE COURT |
| v. | DATED: June 17, 2024 |
| KRISTOPHER LEE DALLMANN, et al., | |
| Defendant. | |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   Darci Smith            COURT REPORTER   Judy Moore and Patricia Ganci

COUNSEL FOR PLAINTIFF   Michael Christin, Jessica Oliva, Christopher Merriam and Edward Veronda, joined by Special Agent Clay Chase and Edie Britman (IT)

COUNSEL FOR DEFENDANTS
**Kristopher Lee Dallman rep by** LaRonda Martin, Kevin Tate and Rick Mula**,** joined by Nikki Seubert, Paralegal and Tomika Harris, Investigator and Interns Nayeli Valenzuela and Michala Dupaix
**Douglas Courson rep by** Paola Armeni and Austin Barnum
**Felipe Garcia rep by William** Brown and Christopher Mishler joined by Lisa Smith, paralegal
**Jared Edward Jaurequi rep by** Russell Marsh and Sunethra Muralidhara
**Peter H Huber** Kathleen Bliss and Milan Chatterjee joined by Kwabena Sarfo, intern

COURT INTEPRETERS:   Krisztina Hargittay and Eva Blasko

MINUTES OF PROCEEDINGS: **JURY TRIAL –Day 15**

8:55 a.m. Court in session; above Defendants and counsel in attendance outside the presence of the Jury; the [459] Motion for Acquittal as to Mr Garcia is DENIED. Housekeeping matters addressed, Exhibit 32 will not be admitted, exhibit 203i never existed and exhibit 135, mentioned at the top of one of the transcripts as an introduced exhibit, also, was never admitted. Jury members returned to the courtroom.

9:05 a.m. Mr Brown presents closing argument on behalf of Mr Garcia.

9:26 a.m. Ms. Bliss presents closing argument on behalf of Mr Huber.

10:04 p.m. Court in recess.

10:18 a.m. Court in session; same participants in attendance; Jury members returned to Court.

10:21 a.m. Mr Marsh presents closing argument on behalf or Mr Jaurequi.

2:22-cr-00030 USA v Dallmann, et al,
**Jury Trial**

10:58 a.m. Mr Tate presents closing argument on behalf of Mr Dallmann

11:36 a.m. Technical issues occurred; Jury members excused for a break.

11:39 a.m. Court in recess

11:48 a.m. Court in session; Same participants in attendance; Juror no. 57 returned to the Court for a brief Voir Dire by the Court, then excused; brief discussion about juror 57 held between the court and counsel; Jury members returned to the Court.

11:54 a.m. Mr Veronda presents Rebuttal argument on behalf of the Government.

12:30 p.m. Jury members given final jury admonishment; Jurors 68, 51 and 74 thanked for their service and dismissed as alternates and remaining jurors are sworn and excused to begin deliberations. Court and parties discuss remaining issues regarding closing arguments and instructions.

12:45 p.m. Jury members returned to the Court for brief clarification. .

12: 46 p.m. Jury members excused to begin deliberations.

12:51 p.m. Court in recess for deliberations.

2:33 p.m. The Court receives a **JURY NOTE** (marked as **Court Exhibit 1**). Counsel and parties are instructed to return to court.

2:55 p.m. Court in session; same participants in attendance outside the presence of the Jury; The Court and parties discuss the JURY NOTE and the proposed answer.

3:16 p.m. Jury members returned to the Courtroom for Instruction; then excused to the Jury room to continue deliberations.

3:24 p.m. Court in recess.

4:02 p.m. Court in session; same participants in attendance; jury members return for evening admonishment.

4:06 p.m. The jury retires for the evening, to return to continue deliberations Tuesday, 6/18/2024 at 8:30 a.m; Court and parties discuss housekeeping issues. Counsel and parties instructed to be within 15 minutes of the courthouse by 8:30 a.m. tomorrow, 6/18/2024.

4:11 p.m. Court in recess.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY:** *Darci Smith*
Darci Smith, Deputy Clerk