JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00030-RFB-DJA |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| KRISTOPHER LEE DALLMANN, | |
| DOUGLAS M. COURSON, | |
| FELIPE GARCIA, | |
| JARED EDWARD JAUREQUI,    a/k/a Jared Edwards, | |
| PETER H. HUBER, and | |
| YOANY VAILLANT,    a/k/a Yoany Vaillant Fajardo | |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Matthew A. Lamberti, Senior Counsel with the Computer Crime and Intellectual Property Section of the Criminal Division of the United States Department of Justice, be

permitted to appear before this Court again in the above-captioned case.

Mr. Lamberti is a member in good standing of the bars of the State of New York and the District of Columbia, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: September 16, 2024

                                                         Respectfully submitted,

                                                         */s/ Susan Cushman*
                                                         SUSAN CUSHMAN
                                                         Assistant United States Attorney
                                                         Chief, Criminal Division

IT IS SO ORDERED:  _____
                                        HON. RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE

Dated: 9/16/2024