RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEVIN A. TATE
Nevada State Bar No. 8687
Assistant Federal Public Defender
LARONDA MARTIN
Missouri State Bar No. 42768
Assistant Federal Public Defender
RICK MULA
Illinois State Bar No. 6331934
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kevin_Tate@fd.org
LaRonda_Martin@fd.org
Rick_Mula@fd.org

Attorneys for Kristopher Lee Dallmann

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KRISTOPHER LEE DALLMANN,<br><br>            Defendant. | Case No. 2:22-cr-00030-RFB-01<br><br>**Motion for Leave to File Under Seal Defendant's Sentencing Memorandum and Objections to Final PSR** |

      Undersigned counsel respectfully requests this Court permit the attached Sentencing Memorandum and Objections to Final PSR be filed under seal because it provides medical information regarding Kristopher Dallmann's mental and physical health diagnoses and treatment plans. As such, disclosure of the fact and nature of the information in these records are protected by HIPAA.

/ / /

/ / /

For the foregoing reasons, Mr. Dallmann respectfully requests leave to file under seal the Sentencing Memorandum and Objections to Final PSR and further requests that the Court maintain them under seal.

DATED this 15th day of October, 2024.

RESPECTFULLY SUBMITTED,

RENE L. VALLADARES
Federal Public Defender

By: /s/ Kevin A. Tate
KEVIN A. TATE
Litigation Resource Counsel
Assistant Federal Public Defender
Counsel for Kristopher Dallmann

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 10/16/2024

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 15, 2024, he served an electronic copy of the above and foregoing Motion for Leave to File Under Seal Defendant's Sentencing Memorandum and Objections to Final PSR by electronic service (ECF) to the person named below:

> Jessica Oliva
> U.S. Attorney's Office
> 501 Las Vegas Blvd South
> Suite 1100
> Las Vegas, NV 89101
> Email: jessica.oliva@usdoj.gov

/s/ *Jeremy Kip* _____
Employee of the Federal Public Defender

3