UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:22-cr-00030-RFB-DJA |
| vs. | ) ORDER TEMPORARILY UNSEALING |
| | ) TRANSCRIPT |
| KRISTOPHER DALLMANN, et al., | ) |

Upon the request of counsel of record, Kevin Tate, Esquire, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 10/21/2024, Imposition of Sentence.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, Kevin Tate, Esquire.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 25th day of October, 2024.

_____
RICHARD F. BOULWARE, II
U.S. District Judge