1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,       Case No.
                           2:22-cr-00030-RFB-DJA
   v.

KRISTOPHER LEE DALLMANN, et   ORDER TEMPORARILY UNSEALING
al.,                     TRANSCRIPT

              Defendant.

_____

    Upon the request of JASON CARR, ESQ., and good cause appearing:

    IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion:  May 25, 2024, ECF 390, Motion Hearing.

    IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to JASON CARR, ESQ.

    IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

    Dated the 25th of February 2026.

_____
RICHARD F. BOULWARE
U.S. District Judge